UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:14-00028
) CHIEF JUDGE HAYNES
)
WILLIAM ROBERT HUMPHREY )

[Handwritten annotation: DENIED / This motion / is GRANTED / for the time / requested / [signature] / 3-19-14]

MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

William Robert Humphrey, through his undersigned counsel, respectfully requests a 21 day extension of time in which to file pretrial motions. According to LCrR 12.01(b), pretrial motions are due not later than 28 days after arraignment. Since Mr. Humphrey was arraigned on the Indictment on February 21, 2014, (Docket No. 16), pretrial motions are due not later than March 21, 2012. A trial date is set for April 22, 2014.

Additionally, undersigned counsel avers that she has not had an opportunity to review and discuss the discovery with Mr. Humphrey. Additional time is needed to complete the investigation of this matter and to thoroughly evaluate this case.

Accordingly, for the above stated reasons, it is respectfully requested that the Court grant Mr. Humphrey a 21 day extension of time, from March 21, 2014, in which to file his pretrial motions.

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for William Robert Humphrey