UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:14-00028
) CHIEF JUDGE HAYNES
)
WILLIAM ROBERT HUMPHREY )

**MOTION TO CONTINUE TRIAL AND**
**TO EXTEND THE TIME TO FILE PRETRIAL MOTIONS**

*[Handwritten annotation: ORDER — The motion is GRANTED in part insofar as junked(?) to allow defense counsel to be prepared for trial. Counsel has 90 days to submit an agreed order setting a new trial date and pretrial deadlines. [signature] US DJ 6-4-14]*

NOW COMES the defendant, William Robert Humphrey, who, through undersigned counsel, respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the trial scheduled for July 15, 2014, and to extend the deadline to file pretrial motions. The reasons for this motion are set forth as follows:

1. A continuance of the trial date is necessary, in the interest of justice, because counsel for Mr. Humphrey is still in the initial stage of locating and interviewing witnesses, and gathering evidence. Consequently, a continuance of the trial is necessary in order for counsel to complete the investigation and to enable counsel to provide Mr. Humphrey the effective assistance of counsel.

5. Counsel for Mr. Humphrey requests that the Court continue this matter to a date that is compatible with the Court's calender, but not less than forty-five (45) days from the present trial date, to permit counsel to complete the investigation; and thus, reasonably be in a position to provide Mr. Humphrey with that level of effective assistance of counsel mandated by the United States Constitution.

6. On the grounds mentioned above, the granting of this motion is in the best interest of justice and would outweigh the interest of the public and the defendant in a speedy trial and is not for the purpose of delay but to provide effective assistance of counsel to William Robert Humphrey.