IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00028 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| WILLIAM ROBERT HUMPHREY | ) | |

## ORDER

The plea hearing currently set in this action for Monday, August 25, 2014 at 1:30 p.m. is **RESET** for **Friday, August 15, 2014 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 31st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge