UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00028 |
| | ) | CHIEF JUDGE HAYNES |
| WILLIAM ROBERT HUMPHREY | ) | |

AGREED ORDER SCHEDULING AN EVIDENTIARY HEARING DATE

Pursuant to the Court's order of June 11, 2014 (D.E. 29), come the parties, through counsel, who have discussed agreeable evidentiary hearing dates in light of their previously set schedules and submit that agreeable hearing dates would be:

Monday, August 11, at 10:00 AM or 1:30 PM; and
Friday, August 15, at 1:30 PM.

It is, therefore, **ORDERED** by the Court that this matter be set for evidentiary hearing on _August 11_, 2014 at _10:00_ AM / PM.

_____
WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

ATTEST:

/s/ Mariah A. Wooten
Mariah A. Wooten
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

/s/ Clay Lee
Clay Lee
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203